DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHRIS ANTONIO POW A/K/A CHRIS POW,

Appellant,

v.

GTE FEDERAL CREDIT UNION d/b/a GTE FINANCIAL,

Appellee.

No. 2D2025-1285

————————————————

March 25, 2026

Appeal from the Circuit Court for Hillsborough County; Melissa Mary Polo, Judge.

Chris Antonio Pow, pro se.

Richard S. Mclver and Joseph G. Paggi, III, of Kass Shuler, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.